**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ROMAN BONDARENDKO,<br><br>Petitioner,<br><br>v.<br><br>CHRIS GANTT, *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-1484-D |

**ORDER**

Petitioner Roman Bondarenko filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] and an Amended Petition for Writ of Habeas Corpus [Doc. No. 11] challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"). The matter was referred to United States Magistrate Judge Chris M. Stephens for initial proceedings in accordance with 28 U.S.C § 636(b)(1)(B) and (C). [Doc. No. 5]. On July 16, 2026, Respondents filed a response to Petitioner's Amended Petition [Doc. No. 16], to which Petitioner filed a reply [Doc. No. 18]. On July 31, 2026, Petitioner filed a notice informing the Court that his asylum application was granted. [Doc. No. 21]. On August 25, 2026, the Court was advised that Petitioner had been released from ICE custody on August 17, 2026. [Doc. No. 23]. On October 14, 2026, Judge Stephens issued a Report and Recommendation ("Report") recommending the Court dismiss as moot the Petition because the Petitioner was no longer in the custody of ICE. [Doc. No. 24].

The case file shows no timely objection to the Report nor request for an extension of time, even though Petitioner was expressly informed of his right to object, the procedure

for doing so, and the consequences of failing to object. Therefore, the Court finds that Petitioner has waived further review of all issues addressed in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996). For the reasons explained by Judge Stephens in the Report, the Court finds this action should be dismissed as moot.

**IT IS THEREFORE ORDERED** that the Report [Doc. No. 24] is **ADOPTED** in its entirety. This action is **DISMISSED AS MOOT**. A separate judgment of dismissal shall be entered.

**IT IS SO ORDERED** this 5th day of November, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE